UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KENNETH TEAGUE,                                                        25-cv-1493 (PKC)

                Plaintiff,

v.                                                                                          ORDER

CITY OF NEW YORK, et al.,

                Defendants.
_____

CASTEL, United States District Judge.

        Plaintiff resides in Brooklyn and is represented by a lawyer with an office in Brooklyn. The incidents at issue in the Complaint took place in the vicinity of Brooklyn Avenue between Beverley Road and Tilden Avenue in Brooklyn and Utica Avenue and Church Avenue in Brooklyn. Plaintiff was held in a cell in the 67th Precinct in Brooklyn.

        Let the parties show cause in writing by March 12, 2025, why the action ought not be transferred to the Eastern District of New York where the action "might have been brought," for the convenience of parties and witnesses and in the interest of justice.

        SO ORDERED.

                                                          P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
       February 25, 2025